[No. 2583. Decided May 27, 1897.]

THE STATE OF WASHINGTON, *on the Relation of Middle-brook, Stoner & Co.*, v. FRANK T. REID, *as Judge of the Superior Court of Kitsap County, et al.*

*Original Application for Mandamus.*

*Fred H. Peterson,* and *S. S. Carlisle,* for relator.

*Allen Weir,* for respondents.

*Per Curiam.*—An alternative writ of mandamus was heretofore issued out of this court against the superior court of Kitsap county on the petition of the relator, commanding him to reinstate an appeal from the court of a justice of the peace for Port Orchard precinct in and for the state of Washington in a case wherein N. R. Kemp was plaintiff and Middlebrook, Stoner & Company were defendants, or to show cause on the 21st day of May, 1897, why such writ should not be made permanent. Service of said temporary writ was duly made upon said court and, no return thereto having been made, the peremptory writ applied for will be issued.

[No. 2608. Decided May 28, 1897.]

D. BUCHANAN, *Appellant,* v. JACOB BAUER, JR., *Assessor of Adams County, Respondent.*

Appeal from Superior Court, Adams County.—Hon. C. H. NEAL, Judge. Reversed.

*Mount & Merritt,* for appellant.

*O. R. Holcomb,* for respondent.

*Per Curiam.*—This case involves the same questions discussed in *State, ex rel. Chamberlin, v. Daniel, ante,* p. 111, with the additional exemptions by the legislature of fruit trees under the age of four years, and ships, vessels and boats in actual construction, and material designed and set apart for the construction of the same. For the reasons announced in the case above cited, the judgment in this case will be reversed.